B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Massachusetts | VOLUNTARY PETITION |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>MOLECULAR INSIGHT PHARMACEUTICALS, INC. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>Biostream, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>04-0562086 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>160 Second Street<br>Cambridge, MA<br>ZIP CODE 02142 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Middlesex | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

B1 (Official Form 1) (4/10)                                                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>MOLECULAR INSIGHT PHARMACEUTICALS, INC. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☑ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form) 1 (4/10)     Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): MOLECULAR INSIGHT PHARMACEUTICALS, INC. |
|---|---|

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____ Signature of Debtor  X _____ Signature of Joint Debtor  Telephone Number (if not represented by attorney)  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____ (Signature of Foreign Representative)  _____ (Printed Name of Foreign Representative)  Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _/s/ Alan L. Braunstein_ Signature of Attorney for Debtor(s) Alan L. Braunstein BBO #546042 Printed Name of Attorney for Debtor(s) Riemer & Braunstein, LLP Firm Name Three Center Plaza Boston, Massachusetts 02108 Address Tel: (617) 523-9000 Fax: (617) 880-3456 Telephone Number 12/9/10 Date  *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.  _____ Printed Name and title, if any, of Bankruptcy Petition Preparer  Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)  _____ |

| Signature of Debtor (Corporation/Partnership) | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _/s/ Harry Stylli_ Signature of Authorized Individual Harry Stylli Printed Name of Authorized Individual President and Chief Restructuring Officer Title of Authorized Individual Date | Address X _____ Date  Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.  Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.  If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.  *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re    Molecular Insight Pharmaceuticals, Inc.    ,    )    Case No. _____

Debtor    )

)

)    Chapter 11

### EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  001-33284  .

2. The following financial data is the latest available information and refers to the debtor's condition on September 30, 2010*  .

   a. Total assets                                                                $    36,453,000.00
   b. Total debts (including debts listed in 2.c., below)                          $    198,829,000.00

   c. Debt securities held by more than 500 holders:                              Approximate number of holders:

   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____
   secured ☐    unsecured ☐    subordinated ☐    $ _____    _____

   d. Number of shares of preferred stock    _____    _____
   e. Number of shares common stock           25,268,327    _____

   Comments, if any: _____

* The unaudited financial data contained herein is part of the Form 10-Q filed with the Securities and Exchange Commission on November 4, 2010.

3. Brief description of debtor's business: _____
Molecular Insight Pharmaceuticals, Inc. is a clinical-stage biopharmaceutical company focused on the discovery and development of therapeutic radiopharmaceuticals and targeted molecular imaging agents for oncology and cardiology use.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: _____
Refer to Schedule 1

## Schedule 1 - Equity Security Holders Holding 5% or More

The following directly or indirectly own, control, or hold, with power to vote, 5% or more of the voting securities of the debtor:

| |
|---|
| Cerberus Partners, L.P. |
| Highland Capital Management, L.P. |
| QVT Financial LP |
| Savitr Capital, LLC |
| James Poitras |
| David S. Barlow |

# MOLECULAR INSIGHT PHARMACEUTICALS, INC.

## CERTIFICATE OF RESOLUTIONS

December 8, 2010

I, Harry Stylli, President and Chief Restructuring Officer of Molecular Insight Pharmaceuticals, Inc. (the "Company"), a Massachusetts corporation, certify that the following resolutions were duly adopted at the December 8, 2010 meeting of the board of directors of the Company (the "Board") in accordance with the requirements of applicable Massachusetts law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

**WHEREAS**, the Board has considered the financial and operational aspects of the Company's business;

**WHEREAS**, the Board has reviewed the historical performance of the Company, the market for the Company's products and the current and long-term liabilities of the Company;

**WHEREAS**, the Board has reviewed the proposed terms of that certain Investment Agreement (the "Investment Agreement"), by and between the Company and Savitr Capital LLC ("Savitr") pursuant to which the reorganized Company, as reorganized on the effective date of a plan of reorganization in accordance with the terms set forth therein, will issue to Savitr 100,000,000 shares of common stock, par value $0.01 per share, representing 90% of the total equity capital of the reorganized Company on a fully diluted basis in exchange for an aggregate purchase price of $45,000,000; and

**WHEREAS**, the Board has evaluated the Company's alternatives in connection with a possible restructuring and has determined that the filing of a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is in the best interests of the Company and its creditors.

**NOW, THEREFORE, BE IT,**

**RESOLVED**, that the form, terms, and conditions of the Investment Agreement, and the transactions contemplated thereby, be, and they hereby are, authorized, approved and adopted; and it is further

**RESOLVED**, that the Company file a voluntary petition in bankruptcy under chapter 11 of the Bankruptcy Code and cause the same to be filed in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court") at such time as the Authorized Officer (as defined below) executing such petition shall determine; and it is further

**RESOLVED**, that the appointment of (i) Kramer Levin Naftalis & Frankel LLP, as lead bankruptcy counsel, (ii) Riemer & Braunstein, LLP, as local Massachusetts bankruptcy counsel, (iii) Foley & Lardner LLP, as special counsel, (iv) CRT Capital Group LLC, as financial advisor, and (v) Tatum LLC, a division of SFN Professional Services LLC ("Tatum"), as financial consultant and Mark A. Attarian as Interim Executive Vice President and Chief Financial

Officer, be and hereby are ratified, approved, confirmed and adopted; and it is further

**RESOLVED**, that the president, chief executive officer, chief financial officer, the chief restructuring officer, any senior vice president, any executive vice president, any vice president, the secretary, and the treasurer of the Company (each, an "Authorized Officer") be, and each of them, acting alone, hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition under chapter 11 of the Bankruptcy Code with respect to the Company and to cause the same to be filed in the Bankruptcy Court at such time as the Authorized Officer executing such petition shall determine; and it is further

**RESOLVED**, that the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized, empowered and directed to execute and approve the filing of all schedules, motions, lists, applications, pleadings and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors and other professionals including, without limitation, Kramer Levin Naftalis & Frankel LLP, Riemer & Braunstein, LLP, Foley & Lardner LLP, Tatum and CRT Capital Group LLC, subject to the approval of the Bankruptcy Court, and to take and perform any and all such further acts and deeds that any such Authorized Officer deems necessary and proper in connection with the Company's chapter 11 case (the "Chapter 11 Case"), with a view to the successful prosecution of such case; and it is further

**RESOLVED**, that in connection with the commencement of the Chapter 11 Case by the Company, the Authorized Officers shall be, and each of them, acting alone, hereby is, authorized and empowered, in the name of and on behalf of the Company, to negotiate, agree to, and seek entry in the Bankruptcy Court of an order approving the Company's use of cash collateral, upon substantially the terms described to the Board or upon such additional or other terms as such Authorized Officer determines to be necessary or appropriate; and it is further

**RESOLVED**, that, in addition to the specific authorizations heretofore conferred upon the Authorized Officers, the Authorized Officers, and such other officers of the Company as any Authorized Officer shall from time to time designate, and any employees or agents (including the Company's legal counsel) designated by or directed by any Authorized Officer, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company to enter into, execute, deliver, acknowledge, certify, file and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents and to pay all expenses, including filing fees, and to take such other actions, as in the judgment of any Authorized Officer shall be or become necessary, proper or desirable to the successful prosecution of the Chapter 11 Case; and it is further

**RESOLVED**, that any and all past lawful actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company, in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved.

[Remainder of Page Intentionally Left Blank]

**IN WITNESS WHEREOF**, this Certificate has been signed and shall be effective as of the date first written above.

By: Harry Stylli
Title: President and Chief Restructuring Officer

Case 10-23355   Doc 1   Filed 12/09/10   Entered 12/09/10 22:28:15   Desc Main
Document   Page 9 of 13

Form B4 (Official Form 4) - (12/07)

**Molecular Insight Pharmaceuticals, Inc.**
Debtor

Case No. (If known)

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

Following is a list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| | Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|---|---|---|
| 1 | JOHN MCCRAY<br>635 RESERVOIR ROAD<br>PO BOX 1275<br>EAST OTIS, MA 01029 | JOHN MCCRAY<br>635 RESERVOIR ROAD<br>PO BOX 1275<br>EAST OTIS, MA 01029<br>TEL: 413-269-7648 | SEVERANCE | | | X | $162,500.00 |
| 2 | INC RESEARCH, INC.<br>ATTN: ACCOUNTS RECEIVABLE DEPARTMENT<br>75 REMITTANCE DRIVE<br>SUITE 3160<br>CHICAGO, IL 60675-3160 | INC RESEARCH, INC.<br>ATTN: ACCOUNTS RECEIVABLE DEPARTMENT<br>75 REMITTANCE DRIVE<br>SUITE 3160<br>CHICAGO, IL 60675-3160<br>TEL: 919-876-9300<br>FAX: 919-876-9360 | TRADE | | | | $34,126.00 |
| 3 | PPD DEVELOPMENT, LP<br>ATTN: DAVID CROWE<br>12937 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | PPD DEVELOPMENT, LP<br>ATTN: DAVID CROWE<br>12937 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>TEL: 512-747-5382<br>FAX: 512-747-5386 | TRADE | | | | $27,601.97 |
| 4 | MASTER CONTROLS, INC.<br>6322 SOUTH 3000 EAST<br>SUITE 110<br>SALT LAKE CITY, UT 84121 | MASTER CONTROLS, INC.<br>6322 SOUTH 3000 EAST<br>SUITE 110<br>SALT LAKE CITY, UT 84121<br>TEL: 801-942-4000 | TRADE | | | | $26,162.07 |

Page 1 of 4

Form B4 (Official Form 4) - (12/07)

Molecular Insight Pharmaceuticals, Inc.
Debtor

Case No. (If known)

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 5 DOBBS CONSULTING, LLC<br>ATTN: BROOKE LOZIER<br>454 BEECHWOOD CIRCLE<br>BURNS, TN 37029-9057 | DOBBS CONSULTING, LLC<br>ATTN: BROOKE LOZIER<br>454 BEECHWOOD CIRCLE<br>BURNS, TN 37029-9057<br>TEL: 703-904-4335 | TRADE | | | | $22,740.34 |
| 6 CORELAB PARTNERS, INC.<br>ATTN: DANIELLE LOMBARDO<br>100 OVERLOOK CENTER<br>PRINCETON, NJ 08540 | CORELAB PARTNERS, INC.<br>ATTN: DANIELLE LOMBARDO<br>100 OVERLOOK CENTER<br>PRINCETON, NJ 08540<br>TEL: 609-936-2600<br>FAX: 609-936-2602 | TRADE | | | | $20,267.97 |
| 7 UNIVERSITY OF IOWA<br>GRANT ACCOUNTING OFFICE<br>B5 JESSUP HALL<br>IOWA CITY, IA 52242 | UNIVERSITY OF IOWA<br>GRANT ACCOUNTING OFFICE<br>B5 JESSUP HALL<br>IOWA CITY, IA 52242<br>TEL: 319-335-3801<br>FAX: 319-335-0674 | TRADE | | | X | $15,788.00 |
| 8 ERESEARCH TECHNOLOGY<br>ATTN: STACEY L. FERRANO, DIRECTOR CONTRACTS AND PROPOSALS<br>30 SOUTH 17TH STREET, 8TH FLOOR<br>PHILADELPHIA, PA 19103 | ERESEARCH TECHNOLOGY<br>ATTN: STACEY L. FERRANO, DIRECTOR CONTRACTS AND PROPOSALS<br>30 SOUTH 17TH STREET, 8TH FLOOR<br>PHILADELPHIA, PA 19103<br>TEL: 215-972-0420<br>FAX: 215-972-0414 | TRADE | | | | $7,639.80 |
| 9 BIOCLINICA, INC.<br>800 ADAMS AVENUE<br>SUITE 201<br>AUDUBON, PA 19403 | BIOCLINICA, INC.<br>800 ADAMS AVENUE<br>SUITE 201<br>AUDUBON, PA 19403 | TRADE | | | | $7,250.00 |
| 10 CAMBRIDGE SCIENTIFIC PRODUCTS<br>26 NEW STREET<br>CAMBRIDGE, MA 02138 | CAMBRIDGE SCIENTIFIC PRODUCTS<br>26 NEW STREET<br>CAMBRIDGE, MA 02138<br>TEL: 617-354-8900<br>FAX: 617-924-3018 | TRADE | | | | $5,075.00 |

Page 2 of 4

Form B4 (Official Form 4) - (12/07)

**Molecular Insight Pharmaceuticals, Inc.**
Debtor

Case No. (If known)

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 11 RADIATION DOSIMETRY SYSTEMS INC.<br>ATTN: JAMES STUBBS<br>1003 CERRITO WAY<br>PALO ALTO, CA 94306 | RADIATION DOSIMETRY SYSTEMS INC.<br>ATTN: JAMES STUBBS<br>1003 CERRITO WAY<br>PALO ALTO, CA 94306<br>TEL: 678-575-5100 | TRADE | | | | $5,000.00 |
| 12 AT&T<br>PO BOX 5019<br>CAROL STREAM, IL 60197 | AT&T<br>PO BOX 5019<br>CAROL STREAM, IL 60197<br>TEL: 800-847-3595 | TRADE | | | | $4,529.78 |
| 13 KONICA MINOLTA BUSINESS SOLUTIONS<br>PO BOX 403718<br>ATLANTA, GA 30384 | KONICA MINOLTA BUSINESS SOLUTIONS<br>PO BOX 403718<br>ATLANTA, GA 30384<br>TEL: 973-812-1800 | TRADE | | | | $4,467.63 |
| 14 CITY OF DENTON<br>221 NORTH ELM<br>DENTON, TX 76201 | CITY OF DENTON<br>221 NORTH ELM<br>DENTON, TX 76201 | UTILITY | | | | $4,315.28 |
| 15 RR DONNELLY<br>ATTN: BRIAN BYRNE<br>PO BOX 13654<br>NEWARK, NJ 07188 | RR DONNELLY<br>ATTN: BRIAN BYRNE<br>PO BOX 13654<br>NEWARK, NJ 07188<br>TEL: 313-326-8000<br>FAX: 617-345-4343 | TRADE | | | | $4,102.00 |
| 16 PHENOMENEX<br>PO BOX 749397<br>LOS ANGELES, CA 90074 | PHENOMENEX<br>PO BOX 749397<br>LOS ANGELES, CA 90074<br>TEL: 310-212-0555<br>FAX: 310-328-7768 | TRADE | | | | $3,010.25 |

Form B4 (Official Form 4) - (12/07)

**Molecular Insight Pharmaceuticals, Inc.**
Debtor

Case No. (If known)

## Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 17 DUBLIN LAB SERVICES<br>PO BOX 227<br>BURLINGTON, MA 01803 | DUBLIN LAB SERVICES<br>PO BOX 227<br>BURLINGTON, MA 01803<br>TEL: 617-320-8036 | TRADE | | | | $3,000.00 |
| 18 TIMOTHY LARGEN<br>1411 GREENWOOD DRIVE<br>DENTON, TX 76209 | TIMOTHY LARGEN<br>1411 GREENWOOD DRIVE<br>DENTON, TX 76209 | TRADE | | | | $2,820.00 |
| 19 TACONIC FARMS, INC.<br>450 PARK AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022 | TACONIC FARMS, INC.<br>450 PARK AVENUE, 9TH FLOOR<br>NEW YORK, NY 10022<br>TEL: 518-697-3900 | TRADE | | | | $2,646.00 |
| 20 PREVALERE LIFE SCIENCES<br>8282 HALSEY ROAD<br>WHITESBORO, NY 13492 | PREVALERE LIFE SCIENCES<br>8282 HALSEY ROAD<br>WHITESBORO, NY 13492<br>TEL: 315-768-2500<br>FAX: 315-763-2460 | TRADE | | | | $2,268.87 |

THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re: <br><br> MOLECULAR INSIGHT <br> PHARMACEUTICALS, INC.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 10-_____ ( ) |

## CERTIFICATION CONCERNING LIST OF CREDITORS
## HOLDING 20 LARGEST UNSECURED CLAIMS

The above-captioned debtor and debtor in possession (the "Debtor"), hereby certifies under penalty of perjury that the *List of Creditors Holding 20 Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records as of ~~November~~ December 9, 2010.

The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of Creditors Holding 20 Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtor.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of December, 2010.

_____
Harry Stylli
President and Chief Restructuring Officer

---

[1] The last four digits of the Debtor's tax identification number are 2086.