February 28, 2011

**CONFIDENTIAL**

Molecular Insight Pharmaceuticals, Inc.
160 Second Street
Cambridge, Massachusetts  02142

**Re: Exit Fee Letter**

Ladies and Gentlemen:

Reference is made to the commitment letter dated as of the date hereof (including the exhibits, annexes, and other attachments thereto, the "*Commitment Letter*"), among Molecular Insight Pharmaceuticals, Inc. (the "*Borrower*"), and the financial institutions and funds party thereto (collectively, the "*Committed Exit Lenders*" and individually, a "*Committed Exit Lender*") with respect to the $40,000,000 exit financing therein described (the "*Exit Facility*"). Capitalized terms used and not otherwise defined in this letter agreement (this "*Exit Fee Letter*") shall have the respective meanings set forth in the Commitment Letter.

In connection with, and in consideration of the agreements contained in the Commitment Letter, the Borrower agrees to the following:

| | |
|---|---|
| **Upfront Fee** | A fee in an amount equal to $2,000,000 shall be fully earned upon acceptance by the Borrower of the Commitment Letter and payable by the Borrower to the administrative agent under the Exit Facility, for the ratable benefit of each Committed Exit Lender, on the Closing Date.  The amount of any upfront fees paid by the Borrower pursuant to the DIP Fee Letter of even date herewith and addressed to the Borrower shall be credited against the amount of any Upfront Fees payable hereunder. |
| **Exit Lender Fee** | A fee in the form of seven-year warrants (the "*Warrants*") to purchase shares of the Borrower's Series A Convertible Preferred Stock, with an exercise price of $0.01 per share, exercisable for an aggregate of 25% of the outstanding shares of common stock of the Borrower calculated on an as-converted basis (excluding the Warrants) shall be fully earned upon acceptance by the Borrower of the Commitment Letter and shall be issued on the Closing Date to the Committed Exit Lenders under the Exit Facility, ratably in accordance with the pro rata percentages set forth set forth on <u>Exhibit A</u> hereto. |

| | |
|---|---|
| **Backstop Fee** | A backstop fee in the form of seven-year warrants (the "*Backstop Warrants*") to purchase shares of the Borrower's Series A Convertible Preferred Stock, with an exercise price of $0.01 per share, exercisable for an aggregate of 6.5% of the outstanding shares of common stock of the Borrower calculated on an as-converted basis (excluding the Backstop Warrants) shall be fully earned upon acceptance by the Borrower of the Commitment Letter and shall be issued on the Closing Date to those Committed Exit Lenders providing a backstop under the Exit Facility (the "*Backstop Lenders*"), ratably in accordance with the pro rata percentages set forth set forth on <u>Exhibit B</u> hereto. |

You agree that, once paid, the fees or any part thereof payable hereunder and under the Commitment Letter shall not be refundable under any circumstances. All fees payable hereunder and under the Commitment Letter will be paid in immediately available funds. The fees set forth in this Exit Fee Letter shall be in addition to any other fees, costs or expenses payable pursuant to the Commitment Letter.

It is understood that this Exit Fee Letter shall not constitute or give rise to any obligation on the part of the Committed Exit Lenders to provide any financing, and that such an obligation will arise only under the Commitment Letter if accepted in accordance with its terms. This Exit Fee Letter may not be amended or any provision hereof waived or modified except by an instrument in writing signed by the Borrower and each Committed Exit Lender. This Exit Fee Letter may be executed in any number of counterparts, each of which shall be deemed to be an original and all of which, when taken together, shall constitute one agreement. Delivery of an executed counterpart of a signature page to this Exit Fee Letter by facsimile transmission or other electronic means shall be effective as delivery of a manually executed counterpart to this Exit Fee Letter.

This Exit Fee Letter shall be governed by, and construed in accordance with, the laws of the State of New York without regard to principles of conflicts of law to the extent that the application of the laws of another jurisdiction will be required thereby. ANY RIGHT TO TRIAL BY JURY WITH RESPECT TO ANY CLAIM OR ACTION ARISING OUT OF THIS EXIT FEE LETTER IS HEREBY WAIVED. You hereby submit to the exclusive jurisdiction of the federal and New York State courts located in The City of New York (and appellate courts thereof) in connection with any dispute related to this Exit Fee Letter or any of the matters contemplated hereby, and agree that service of any process, summons, notice or document by registered mail addressed to you shall be effective service of process against you for any suit, action or proceeding relating to any such dispute. You irrevocably and unconditionally waive any objection to the laying of such venue of any such suit, action or proceeding brought in any such court and any claim that any such suit, action or proceeding has been brought in an inconvenient forum. A final judgment in any such suit, action or proceeding brought in any such court may be enforced in any other courts to whose jurisdiction you are or may be subject by suit upon judgment.

Please indicate your agreement to the foregoing by executing a copy of this Exit Fee Letter in the space indicated below.

Very truly yours,

*[Signature Pages to Follow]*

A/74003389.3

Highland Credit Opportunities CDO Ltd
By: Highland Capital Management, L.P.,
As Collateral Manager
By: Strand Advisors, Inc.,
Its General Partner

By: /s/ James D. Dondero
Name: James D. Dondero, President
Title: Strand Advisors, Inc., General Partner of Highland Capital Management, L.P.

*Signature Page to Exit Fee Letter*

Highland Crusader Offshore Partners, L.P.
By: Highland Crusader Fund GP, L.P., its general partner
By: Highland Crusader GP, LLC., its general partner
By: Highland Capital Management, L.P. Its sole member
By: Strand Advisors, Inc., its general partner

By: /s/ James D. Dondero
Name: James D. Dondero, President
Title: Strand Advisors, Inc., General Partner of Highland Capital Management, L.P.

*Signature Page to Exit Fee Letter*

Morgan Stanley Senior Funding, Inc.

By: _____
Name: Adam Savarese
Title: Managing Director

*Signature Page to Exit Fee Letter*

Taconic Opportunity Fund L.P.
By: Taconic Capital Advisors L.P.

By: _____
Name: Kevin Kavanagh
Title: Principal

*Signature Page to Exit Fee Letter*

Accepted and Agreed to this
1st day of March 2011

**Molecular Insight Pharmaceuticals, Inc.**

By: _____
Name: HARRY STYLES
Title: CRO/PRESIDENT

*Signature Page to Exit Fee Letter*

Exhibit A

Committed Exit Lender Pro Rata Percentages

| Committed Exit Lender | Pro Rata Percentage |
|---|---|
| Highland Credit Opportunities CDO, Ltd. | 14.42% |
| Highland Crusader Offshore Partners, LP | 15.23% |
| Morgan Stanley Senior Funding, Inc. | 50.78% |
| Taconic Opportunity Fund LP | 19.57% |
| **All Lenders** | **100.00%** |

A/74003389.3

Exhibit B

Backstop Lender Pro Rata Percentages

| Backstop Lender | Pro Rata Percentage |
|---|---|
| Highland Credit Opportunities CDO, Ltd. | 15.13% |
| Highland Crusader Offshore Partners, LP | 15.98% |
| Morgan Stanley Senior Funding, Inc. | 48.37% |
| Taconic Opportunity Fund LP | 20.53% |
| **All Backstop Lenders** | **100.00%** |

A/74003389.3