**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Molecular Insight Pharmaceuticals, Inc.          **Case/AP Number** 10-23355 **-FJB**
                                                            **Chapter** 11

#377 Emergency Motion filed by Debtor Molecular Insight Pharmaceuticals, Inc. to Appear Telephonically (Re: [235] First Amended Chapter 11 Plan of Reorganization Under Chapter 11 of the Bankruptcy Code) at Plan Confirmation Hearing

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved        _____Moot
_____Denied         _____Denied without prejudice        _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted.

                              IT IS SO ORDERED:

                              /s/ Frank J. Bailey
                              _____Dated: 05/04/2011
                              Frank J. Bailey
                              United States Bankruptcy Judge